UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN BONILLA RAMIREZ, | ) | Case No. SACV 12-844 MMM(JC) |
| Petitioner, | ) ) | (PROPOSED) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| MATTHEW CATES, | ) ) | JUDGE |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the accompanying memorandum and exhibits, the Motion to Dismiss the Petition and Opposition thereto, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections") and exhibits thereto.[1] The Court has further made a *de novo*

---

[1] The Objection exhibits do not supply any new evidence, but instead consist of the Report and Recommendation, the Petition with accompanying memorandum and exhibits, the Motion to Dismiss the Petition and the Opposition thereto.

1  determination of those portions of the Report and Recommendation to which
2  objection is made.  The Court concurs with and accepts the findings, conclusions,
3  and recommendations of the United States Magistrate Judge and overrules the
4  Objections.
5       IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is
6  granted and that Judgment be entered dismissing the Petition with prejudice as
7  time-barred.
8       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
9  United States Magistrate Judge's Report and Recommendation, and the Judgment
10 herein on petitioner and counsel for respondent.
11      LET JUDGMENT BE ENTERED ACCORDINGLY.

13      DATED:  June 14, 2013

15                            _____
16                            HONORABLE MARGARET M. MORROW
                              UNITED STATES DISTRICT JUDGE