UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN BONILLA RAMIREZ, | ) | Case No. SACV 12-844 MMM(JC) |
| Petitioner, | ) | (PROPOSED) |
| v. | ) | JUDGMENT |
| MATTHEW CATES, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition is granted and the Petition for Writ of Habeas Corpus is dismissed with prejudice as time-barred.

DATED: June 14, 2013

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE